IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-00260-FL-RN-1

**United States of America**,

v.

**Daniel James Harris**,

        Defendant.

**Order**

During the evidentiary hearing in this matter, an issue arose regarding the potential existence of additional video evidence. After consulting with counsel, the court orders as follows:

1. No later than August 11, 2025, the United States must file a notice regarding the existence of additional video evidence and whether it has been produced to defense counsel.

2. No later than the earlier of two weeks after receiving the video evidence or August 25, 2025, defense counsel shall file a notice informing the court whether the defendant wishes to reopen the detention hearing based on the video evidence.

Dated: July 29, 2025

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge